FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 FEB 21 PM 12: 06
CLERK M. Akins
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

RECARDO HOLMES,

Plaintiff,

v. CV 316-097

WARDEN HALL; DEPUTY WARDEN GAMMAGE; MS. LEWIS, Deputy Warden; BARBARA GRANT, Unit Manager; LT. DAVIS; LT. BEASLEY; and MR. TOOLE, Regional Director,

Defendants.

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Plaintiff has filed a Motion to Amend his complaint, seeking to add new claims regarding his placement in the general prison population. However, because it fails to address or cure any of the reasons he should be denied leave to proceed *in forma pauperis* ("IFP"), Plaintiff's amendment is futile. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's Motion to Amend (doc. no. 8), **DENIES** Plaintiff's request to proceed IFP (doc. no. 3), **DISMISSES** this action

without prejudice, and **DIRECTS** the Clerk to **CLOSE** this civil action.

SO ORDERED this 21st day of February, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE